WR-52,240-06

Dec. 22, 2014

52,240-06

Dear Clerk of Court,

On 10/13/2014 MY APPLICATION FOR MANDAMUS WAS Presented to this Court.
On 10/29/2014 This Court ISSUED AN ORDER
On 11/18/2014 A supplemental clerks Record WAS filed.

I DID NOT Receive A Copy of The Supplemental Cleek's Record. I AM Requesting ANY INFORMATION You CAN Give me About it—

1) The NAME of the document.
2) The length of the document.
3) Purchasing instructions if NECESSARY.

I Politely Request A Copy of this supplemental Record.

Respectfully,
Percy Froman

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk